ACCEPTED
03-14-00632-CV
3770405
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 3:22:13 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00632-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 3:22:13 PM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

_____

KARL B. BAILEY

*Appellant,*

**V.**

MIDFIRST BANK

*Appellee.*

_____

From the 250th Judicial District Court, Travis County, Texas
Trial Court No. D-1-GN-002430

_____

### NOTICE OF APPEARANCE AS LEAD COUNSEL

_____

PLEASE TAKE NOTICE that Mark D. Hopkins of the law firm Hopkins &

Williams, PLLC appears herein as lead counsel for MidFirst Bank pursuant to Tex.

R. App. P. 6. Please send all communication to the undersigned at the address

below:

Mark D. Hopkins
Hopkins & Williams, PLLC
12117 Bee Caves Rd., Suite 260
Austin, Texas 78738
Phone: (512) 600-4320
Facsimile: (512) 600-4326
mark@hopkinswilliams.com

Respectfully Submitted:

**HOPKINS & WILLIAMS, P.L.L.C.**

By:     */s/ Mark D. Hopkins*
        Mark D. Hopkins
        State Bar No. 00793975
        12177 Bee Caves Road, Suite 260
        Austin, Texas 78738
        Phone: (512) 600-4320
        Fax: (512) 600-4326
        mark@hopkinswilliams.com

        ATTORNEY FOR MIDFIRST BANK

## CERTIFICATE OF SERVICE

I herby certify that on this 14th day of January, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court and will send a true and correct copy to the following counsel of record:

Via Facsimile: (512) 545-4279
William B. Gammon
Anthony G. Read
Gammon Law Office, PLLC
1201 Spyglass Drive, Suite 100
Austin, TX 78746
firm@gammonlawoffice.com

ATTORNEY FOR APPELLANT

        */s/ Mark D. Hopkins*
        Mark D. Hopkins